**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mohamed Salam Alkhafaji,<br>Petitioner<br>-vs-<br>Luis Rosa Jr., et al.,<br>Respondents. | CV-26-6187-PHX-JFM<br><br>**Order** |

Under consideration is Petitioner's Petition for Writ of Habeas Corpus filed September 8, 2026 (Doc. 8). Petitioner is an alien of unknown origin or entry, who was detained on February 15, 2025, released February 18, 2025 and redetained June 5, 2026. The Petition alleges violations of Due Process and the Administrative Procedures Act and seeks *inter alia* immediate release without additional restrictions, and a prohibition on rearrest absent a pre-deprivation notice and hearing.

Respondents have filed a Response (Doc. 8) simply asserting an inability to ascertain sufficient facts to respond to the Petition and thus "do not oppose Petitioner's request for release." Although briefing is not complete the Court finds a reply brief unnecessary to a fair adjudication of the Petition.

**IT IS THEREFORE ORDERED:**

(A) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED IN PART** as described herein.

(B) Respondents must **IMMEDIATELY RELEASE** Petitioner, subject to the same conditions of release previously imposed on Petitioner.

(C) Respondents must file a **NOTICE OF COMPLIANCE** within **three days** of the filing of this Order, including the particulars of the release (time, conditions, etc.).

(D) Absent a significant change in Petitioner's circumstances, Respondents must not

redetain Petitioner without prior written notice and an opportunity to be heard on the reasons for the redetention and consideration of bond.

(E) Any pending motions are **DENIED** as moot.

(F) The Clerk of Court must enter **JUDGMENT** in Petitioner's favor and **CLOSE** this case.

Dated: September 9, 2026

26-6187-008o Order 26 09 08 on Petition for Writ of Habeas Corpus.docx

James F. Metcalf
United States Magistrate Judge